William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DEAN TUAN TRINH,<br><br>   Defendant. | Case No.:   **3:13-CR-00336-RS**<br><br>             **3:13-CR-00501-RS**<br><br>[ ~~PROPOSED~~ ] STIPULATED ORDER EXONERATING BOND |

By stipulation and for good cause shown, IT IS HEREBY ORDERED that the bond, posted as to both of the above captioned cases, is exonerated.

SO ORDERED this __10th__ day of December, 2013.

By: _____
District Judge Richard Seeborg